# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2196
_____

Stephan A. Fleming

*Plaintiff - Appellant*

v.

Michael J. Astrue, Commissioner of the Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: January 4, 2013
Filed: January 11, 2013

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Stephan A. Fleming appeals the district court's[1] order dismissing his appeal for lack of jurisdiction. Upon de novo review, see Clarinda Home Health v. Shalala, 100 F.3d 526, 528 (8th Cir. 1996), we agree with the district court that there was no

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

constructive or de facto reopening of Fleming's earlier application, and thus that subject matter jurisdiction was lacking, see King v. Chater, 90 F.3d 323, 325 (8th Cir. 1996).  The district court is affirmed.

_____